

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 26 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket number |
| v. | 2:12CR00283 MCE |
| Deandre Watson | ORDER REDUCING TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT |
| Releasee | |

On October 18, 2012, DEANDRE WATSON was accepted as a participant in the Reentry Court. In accordance with Title 18 U.S.C Section 3583(e)(1), the Court ORDERS that, as of September 26, 2013, DEANDRE WATSON 'S 3 year term of supervised release imposed on August 18, 2008, is hereby reduced by one year, for a 2 year term, following his successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Courts Local Rule 302 and shall be considered forthwith without the need for time to respond.

**THE REENTRY COURT TEAM RECOMMENDS** that DEANDRE WATSON'S term of supervised release is reduced by one year, with a new termination date of September 26, 2013, due to his successful completion of the Reentry Court Program.

9/26/2013
Date

The Honorable Carolyn K. Delaney
U.S. Magistrate Judge

**IT IS SO ORDERED** that DEANDRE WATSON'S term of supervised release is reduced by one year, with a new termination date of September 26, 2013, due to his successful completion of the Reentry Court Program.

9.26.13
Date

The Honorable Morrison C. England, Jr.
U.S. District Judge

Rev. 08/2012
US vs.                                                                   REENTRY COURT_ORDER TERMINATING.WPD